Robert N. Phillips (SBN 120970)
Email: robphillips@reedsmith.com
Tiffany M. Bui (SBN 281339)
Email: tbui@reedsmith.com
Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
VANS, INC.



IT IS SO ORDERED
Judge Edward J. Davila
10/17/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD, a United Kingdom corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>VANS, INC., a Delaware corporation; DOES 1-100, inclusive,<br><br>    Defendants. | No.: C 12-5060 EJD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Hon. Edward J. Davila |

  WHEREAS this action was filed on September 28, 2012, and the summons and complaint were served on October 1, 2012.

  WHEREAS the parties are discussing potential settlement and, absent an amicable resolution, defendant may decide to file a motion to dismiss.

  IT IS HEREBY STIPULATED by and between plaintiff Airwair International Ltd. (Airwair") and defendant Vans, Inc. ("Vans"), and through their counsel of record, that Vans' time to respond to the complaint shall be extended by three weeks to November 12, 2012.

DATED: October 16, 2012

HIARING + SMITH, LLP

By: */s/ Vijay K. Toke*
    Anne Hiaring Hocking (SBN 88639)
    Vijay K. Toke (SBN 215079)
    Elizabeth J. Rest (SBN 244756)

Attorneys for Plaintiff
AIRWAIR INTERNATIONAL LTD.

DATED: October 16, 2012

REED SMITH LLP

By: */s/ Robert N. Phillips*
    Robert N. Phillips (SBN 120970)
    Tiffany M. Bui (SBN 281339)

Attorneys for Defendant
VANS, INC.

US_ACTIVE-110867644.1