United States District Court
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10   AIRWAIR INTERNATIONAL,                    CASE NO. 5:12-CV-05060-EJD

11                                             **AMENDED CASE MANAGEMENT**
                        Plaintiff,             **ORDER**
12        v.

13   VANS INC,

14
                        Defendant.
15   _____/

16          This case is scheduled for a Preliminary Pretrial Conference on November 22, 2013.  Based

17   on the parties' Joint Preliminary Pretrial Conference Statement and proposed schedule (see Docket

18   Item No. 42), the court has determined a conference to be premature at this time.  Accordingly, the

19   Preliminary Pretrial Conference is CONTINUED to May 9, 2014 and the parties are ORDERED to

20   comply with the following amended schedule.

21

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cutoff | June 2, 2014 |
| Designation of Opening Experts with Reports | June 30, 2014 |
| Designation of Rebuttal Experts with Reports | July 14, 2014 |
| Expert Discovery Cutoff | July 21, 2014 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |

27
28
                                          1

| | |
|---|---|
| Deadline for Filing Dispositive Motions[1] | July 28, 2014 |
| Preliminary Pretrial Conference | 11:00 a.m. on May 9, 2014 |
| Joint Preliminary Pretrial Conference Statement | April 29, 2014 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re Pretrial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Preliminary Pretrial Conference Statement, and all other pretrial submissions.

**IT IS SO ORDERED.**

Dated: November 18, 2013



EDWARD J. DAVILA
United States District Judge

---

[1]     This is the last date for *filing* dispositive motions.  The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

[2]     A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order re Pretrial Preparation."

CASE NO. 5:12-CV-05060-EJD
AMENDED CASE MANAGEMENT ORDER

United States District Court
For the Northern District of California