Vijay K. Toke, Cal. Bar No. 215079
*vijay@hiaringsmith.com*
Anne Hiaring Hocking, Cal. Bar No. 88639
*anne@hiaringsmith.com*
Elizabeth J. Rest, Cal. Bar No. 244756
*elizabeth@hiaringsmith.com*
HIARING + SMITH, LLP
101 Lucas Valley Road, Suite 300
San Rafael, California 94903
Telephone:  (415) 457-2040
Facsimile:  (415) 457-2822

Kenneth E. Keller, Cal. Bar No. 71450
*kkeller@ksrh.com*
Anne E. Kearns, Cal. Bar No. 183336
*akearns@ksrh.com*
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, California 94111
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

*Attorneys for Plaintiff*
*AIRWAIR INTERNATIONAL LTD.*

Robert N. Phillips, Cal. Bar No. 120970
*robphillips@reedsmith.com*
Dominique H. Pietz, Cal. Bar No. 260716
*dpietz@reedsmith.com*
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269

*Attorneys for Defendant,*
*VANS, INC.*

IT IS SO ORDERED
Judge Edward J. Davila
1/15/2014

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., a United Kingdom corporation, | Case No. 12-cv-05060-EJD |

1
STIPULATION OF DISMISSAL
Case No. 12-cv-05060-EJD

|   |   |   |
|---|---|---|
| 1 | Plaintiff, | **STIPULATION OF DISMISSAL** **(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |
| 2 | v. |  |
| 3 |  | **Complaint Filed:** September 28, 2012 |
| 4 | VANS, INC., a Delaware corporation; DOES 1-100, inclusive, | Honorable Edward J. Davila |
| 5 | Defendants. | (E-Filing) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff AIRWAIR INTERNATIONAL LTD., a United Kingdom corporation ("Plaintiff"), through its attorneys of record, Hiaring + Smith, LLP and Keller, Sloan, Roman & Holland LLP, on the one hand, and Defendant VANS, INC., a Delaware corporation ("Defendant"), through its attorneys of record, Reed Smith LLP, on the other hand, hereby agree and stipulate, and give the Court notice, as follows:

WHEREAS, Plaintiff and Defendant have reached a settlement of this dispute; and

NOW THEREFORE, Plaintiff and Defendant, by and through their respective undersigned counsel, hereby stipulate as follows:

1. To dismiss all claims pending in this case with prejudice;

2. Each party shall bear its own costs and attorneys' fees; and

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action may be dismissed without a Court Order.  `The Clerk shall close this file.`

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 13, 2014

**HIARING + SMITH, LLP**

By: /s/ Vijay K. Toke
Vijay K. Toke
*vijay@hiaringsmith.com*
Anne Hiaring Hocking
*anne@hiaringsmith.com*
Elizabeth J. Rest
*elizabeth@hiaringsmith.com*
101 Lucas Valley Road, Suite 300
San Rafael, California 94903
Telephone:  (415) 457-2040
Facsimile:   (415) 457-2822

**KELLER, SLOAN, ROMAN & HOLLAND LLP**

Kenneth E. Keller, Cal. Bar No. 71450
*kkeller@ksrh.com*
Anne E. Kearns, Cal. Bar No. 183336
*akearns@ksrh.com*
555 Montgomery Street, 17th Floor
San Francisco, California 94111
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

*Attorneys for Plaintiff*
*AIRWAIR INTERNATIONAL LTD.*

**REED SMITH LLP**

Dated: January 13, 2014        By:    /s/ Robert N. Phillips
                                       Robert N. Phillips, Cal. Bar No. 120970
                                       *robphillips@reedsmith.com*
                                       Dominique H. Pietz, Cal. Bar No. 260716
                                       *dpietz@reedsmith.com*
                                       101 Second Street, Suite 1800
                                       San Francisco, California 94105-3659
                                       Telephone:  (415) 543-8700
                                       Facsimile:   (415) 391-8269

*Attorneys for Defendant*
*VANS, INC.*

## ATTESTATION OF CONCURRENCE

I, Vijay K. Toke, attest that I am one of the attorneys for Plaintiff AIRWAIR INTERNATIONAL LTD., a United Kingdom corporation, and, as the ECF user and filer of this document, I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from Robert N. Phillips, the above signatory.

Dated: January 13, 2014        By:    /s/ Vijay K. Toke
                                       Vijay K. Toke

3
STIPULATION OF DISMISSAL
Case No. 12-cv-05060-EJD